# rack-of-lamb

Published April 20, 2017 at 800 × 533 in rack-of-lamb.
← Previous Next →



## Leave a Reply

YOUR EMAIL ADDRESS WILL NOT BE PUBLISHED. REQUIRED FIELDS ARE MARKED *

COMMENT *

NAME *

EMAIL *

WEBSITE

Post Comment



THE GRANDE AT ANGEL FIRE
44 SAGE LANE, ANGEL FIRE NM 87710