IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEW MEXICO

ROCKEFELLER PHOTOS, LLC,

    Plaintiff,

v.                                                      No. 1:25-CV-00426-JFR-LF

THE GRANDE AT ANGEL FIRE, LLC and
MICHAEL WOOLLEY LTD. d/b/a REMAX
MOUNTAIN REALTY,

    Defendants.

## DEFENDANTS' ANSWER TO THE COMPLAINT

Defendants The Grande at Angel Fire, LLC and Michael Woolley LTD. d/b/a REMAX Mountain Realty, through their counsel of record, Gina T. Constant, Constant Law, LLC, for their Answer to Plaintiff's Complaint, state as follows:

### THE PARTIES

1. Defendants are without information sufficient to form a belief as to the allegations contained in Paragraph 1 and therefore deny the same.

2. Defendants admit the allegations contained in Paragraphs 2 – 3.

### JURISDICTION AND VENUE

3. Defendants admit the allegations contained in Paragraphs 4 – 6.

### FACTS

4. Defendants are without information sufficient to form a belief as to the allegations contained in Paragraphs 7 –12 and therefore deny the same.

5. Defendants admit the allegations contained in Paragraphs 13 – 18.

6. Defendants deny the allegations contained in Paragraph 19 – 20.

7. Regarding Paragraph 21, Defendants admit that they have never been licensed to use or display the Work nor did Defendants seek permission to use the Work. Defendants deny that they ever copied the Work.

8. Defendants deny the allegations contained in Paragraphs 22 – 23.

9. Defendants are without information sufficient to form a belief as to the allegations contained in Paragraphs 24 – 26 and therefore deny the same.

10. Answering Paragraph 27, Defendant's responses to the allegations contained in Paragraphs 1 – 9 are hereby incorporated by reference as if fully restated herein.

11. Defendants are without information sufficient to form a belief as to the allegations contained in Paragraphs 28 – 30 and therefore deny the same.

12. Defendants deny the allegations contained in Paragraphs 31 – 39.

13. Defendants deny that Plaintiff is entitled to any of the relief sought in the "WHEREFORE" clause of the Complaint.

14. Defendants deny any allegation not specifically admitted herein.

## AFFIRMATIVE DEFENSES

15. Plaintiff's Complaint, in whole or in part, fails to state a claim upon which relief may be granted against Defendants.

16. Plaintiff's claims are barred by the doctrines of fair use and the statute of limitations.

17. Plaintiff's alleged damages, if any, were not caused by any act or omission of Defendants.

18. Plaintiff's claims are barred by the doctrines of unclean hands, waiver, estoppel, laches, or failure to perform a condition precedent.

19. Defendants reserve the right to assert any additional defense of which they may learn through discovery.

Defendants request that Plaintiff's Complaint be dismissed with prejudice and that Defendants be awarded attorneys' fees and costs and for such other relief this Court deems just.

                                              Respectfully submitted,
                                              /s/ Gina T. Constant
                                            Gina T. Constant
                                            CONSTANT LAW, LLC
                                            P.O. Box 91267
                                            Albuquerque, New Mexico 87199
                                            Phone: (505) 242-0811
                                            Fax: (505) 503-7963
                                            Email: GTC@ConstantLawLLC.com
                                            *Attorney for Defendants*